STATE ex rel. EDWIN S. SLATER v. HUGH R. SCOTT and Another.[1]

October 21, 1904.

Nos. 14,226—(226).

Order issued from the supreme court upon relation of Edwin S. Slater, requiring Hugh R. Scott, as county auditor of Hennepin county, and Sherman S. Smith to show cause why an order should not be issued prohibiting placing the latter's name as a candidate upon the official ballot to be used at the election to be held November 8, 1904. Order to show cause discharged.

*Harlan P. Roberts,* for relator.

*Hugh Allen* and *John H. Steele,* for respondents.

PER CURIAM.

This cause was heard on an order requiring the auditor of the county of Hennepin to omit the name of Sherman S. Smith from the official ballot as a candidate for the office of representative from the Fortieth legislative district.

The only question for our decision in this case is whether Mr. Smith is a qualified resident of the district which he seeks to represent in the legislature, as provided by article 4, § 25, of our state constitution. This is a question of fact, and from the evidence we find and hold that Mr. Smith is such qualified resident of the district. Therefore it is ordered that the order to show cause be, and it is hereby, discharged.

Order discharged.

[1] Reported in 100 N. W. 1125.